1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                              Plaintiff,

          v.

IVY B. GAINES,

                              Defendant.

CR03-496 TSZ

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     Defendant's motion, docket no. 131, for leave to file an overlength motion,
is GRANTED.  Defendant's 19-page motion for compassionate release, docket no. 132,
is accepted and will be considered.

        (2)     The Government may file an overlength response, not to exceed 19 pages
in length.  Any reply shall not exceed 10 pages in length.

        (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 30th day of September, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1