UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVY BYRD GAINES,<br><br>Defendant. | Case No. CR03-0496 TSZ<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on defendant's Motion for Early Termination of Supervised Release (Dkt #154). The Court has reviewed the motion, the responses by the Government and U. S. Probation, and the records herein.

The Motion for Early Termination of Supervised Release is DENIED.

DATED this 2nd day of March, 2023.

THOMAS S. ZILLY
United States District Court Judge

ORDER - 1